# EXHIBIT A

**FINRA ARBITRATION Submission Agreement**

Claimant(s)

**In the Matter of the Arbitration Between**

Name(s) of Claimant(s)

*Christian S. Gherardi*

and

Name(s) of Respondent(s)

*Citigroup Global Markets Inc.*
*Michael R Averett*

1. The undersigned parties ("parties") hereby submit the present matter in controversy, as set forth in the attached statement of claim, answers, and all related cross claims, counterclaims and/or third-party claims which may be asserted, to arbitration in accordance with the FINRA By-Laws, Rules, and Code of Arbitration Procedure.

2. The parties hereby state that they or their representative(s) have read the procedures and rules of FINRA relating to arbitration, and the parties agree to be bound by these procedures and rules.

3. The parties agree that in the event a hearing is necessary, such hearing shall be held at a time and place as may be designated by the Director of Arbitration or the arbitrator(s). The parties further agree and understand that the arbitration will be conducted in accordance with the FINRA Code of Arbitration Procedure.

4. The parties agree to abide by and perform any award(s) rendered pursuant to this Submission Agreement. The parties further agree that a judgment and any interest due thereon, may be entered upon such award(s) and, for these purposes, the parties hereby voluntarily consent to submit to the jurisdiction of any court of competent jurisdiction which may properly enter such judgment.

5. The parties hereto have signed and acknowledged the foregoing Submission Agreement.

Claimant Name (please print): *Christian Gherardi*
Claimant's Signature: *[signed]*
Date: *February 23. 2016*
State capacity if other than individual (*e.g.*, executor, trustee or corporate officer)

Claimant Name (please print)
Claimant's Signature
Date
State capacity if other than individual (*e.g.*, executor, trustee or corporate officer)

If needed, copy this page.

22

## CLAIM INFORMATION SHEET

### I.   PARTIES

CLAIMANT(S): (Provide this information even if you are represented by counsel.)

Name: Christian S. Gherardi

Address: 200 West Mashta Drive

City: Key Biscayne      State: FL      Zip Code: 33149

Daytime Telephone: 7865162115      Fax #:      Email Address: cvmyoto@gmail.com

Residence during the time of the dispute (if different from above):

Name:

Address:

City:      State:      Zip Code:

Claimant is a:
☐ Public customer    ☐ Broker-dealer    ☑ Person associated with a broker-dealer

If you checked "Broker-dealer" or "Person associated with a broker-dealer," it is important that you provide the correct BD/CRD number. To determine whether a party is a FINRA firm or associated person, you may consult FINRA's BrokerCheck program on the Web at *www.finra.org/BrokerCheck*.

BD #:       CRD #: 2732812

**Claimant's Counsel/Representative (if applicable):** (Note: FINRA requires that persons representing Florida investors in arbitration proceedings conducted in or outside of the State of Florida affirm either that they are licensed to practice law and provide a bar identification number, or that they are not receiving compensation in connection with representing the party in the arbitration proceeding.)

Name: Ethan A. Brecher, Law Office of Ethan A. Brecher, LLC      Bar ID # (if applicable):

Address: 600 3rd Ave, 2nd Flr

City: NY      State: NY      Zip Code: 10016

Business Telephone: 6465712440      Fax #: 8888210246      Email Address: ethan@ethanbrecherlaw.com

**If needed, copy this page to list additional claimants.**

14

## CLAIM INFORMATION SHEET

**RESPONDENT(S)**

**Respondent #1:**

Name: Citigroup Global Markets Inc.

Address (if known): 390-388 Greenwich Street

City: NY   State: NY   Zip Code: 10013

Business Telephone: 20 816-6000   Fax:   Email Address:

Respondent #1 is a:
☐ Public customer   ☒ Broker-dealer   ☐ Person associated with a broker-dealer

If you checked "Broker-dealer" or "Person associated with a broker-dealer," it is important that you provide the correct BD/CRD number. To determine whether a party is a FINRA firm or associated person, you may consult FINRA's BrokerCheck program on the Web at www.finra.org/BrokerCheck.

BD # 8-8177   CRD # 7059

**Respondent #2:**

Name: Michael R. Averett

Address (if known): 201 S. Biscayne Blvd., 6th Flr.

City: Miami   State: FL   Zip Code: 33131

Business Telephone:   Fax #:   Email Address:

Respondent #2 is a:
☐ Public customer   ☐ Broker-dealer   ☒ Person associated with a broker-dealer

If you checked "Broker-dealer" or "Person associated with a broker-dealer," it is important that you provide the correct BD/CRD number. To determine whether a party is a FINRA firm or associated person, you may consult FINRA's BrokerCheck program on the Web at www.finra.org/BrokerCheck.

BD #   CRD # 531774

**If needed, copy this page to list additional respondents.**



## CLAIM INFORMATION SHEET

Type of Dispute: (Check where applicable)

a. **Account Related**

| Breach of Contract | Exchanges | Transfer |
|---|---|---|
| Collection | Failure to Supervise | Other |
| Dividends | Margin Calls | |
| Errors/Charges | Negligence | |

b. **Executions**

| Execution Price | Incorrect Quantity | Other |
|---|---|---|
| Failure to Execute | Limit Versus Market Order | |

c. **Account Activity**

| Breach of Fiduciary Duty | Manipulations | Suitability |
|---|---|---|
| Churning | Misrepresentations | Unauthorized Trading |
| Fraud | Omission of Facts | Other |

d. **Employment**

| Breach of Contract | Discrimination National Origin | Partnerships |
|---|---|---|
| Commissions | Discrimination Race | Promissory Notes |
| Compensation | Discrimination Religion | Sexual Harassment |
| Discrimination Age | Discrimination Sexual Preference | Training Contracts |
| Discrimination Disability | ✓ Libel or Slander | ✓ Wrongful Termination |
| Discrimination Gender | ✓ Libel or Slander on Form U-5 | ✓ Other |

e. **Trading Dispute**

| Buy-In | Markups | Transfers |
|---|---|---|
| D.K.s | Sell Outs | Other |
| Manipulation | Stock Loan | |

f. **Other**

| Clearing Dispute | Indemnification | Underwriting |
|---|---|---|
| ✓ Defamation | Raiding Disputes | |

17

## CLAIM INFORMATION SHEET

**III.  RELIEF REQUESTED**

**1.  Damages**

Actual Damages **Requested**  $ _16.5mm_  1.
(monetary sum required to compensate a party for
his or her loss excluding interests and expenses)

Punitive Damages **Requested**  _Yes_  2.
(monetary amount intended to punish the wrongdoer)

\* AMOUNT IN DISPUTE: _____ 3.

\* Use this amount to calculate the correct filing fee and hearing session deposit in Part IV. This amount *must* match the amount stated in your claim.

Interest  _Yes_
(include calculations, if possible)

**2.  Other Type of Relief Requested**

Specific Performance (Specify the type of specific performance sought)
(specific performance requires parties to take an action, such as turning over ownership of stocks)

_____

Injunctive Relief (Specify the type of injunctive relief sought)
(injunctions require parties to refrain from certain actions)

_Declaratory Judgment on non-solicit_

**3.  Costs**

(Provide specific amounts, if known. If not known, please mark an "X" to indicate the costs you are requesting)

_X_  Forum Fees            _X_  Witness and Production Fees

_X_  Attorney's Fees            ___  Other Case-Related Costs

**4.  Claims Requesting Expungement**

As of January 1, 2016, FINRA will ask parties requesting expungement to: (1) Provide FINRA with the CRD occurrence number(s) which is the subject of the expungement request; (2) Provide the case name and docket number that gave rise to the disclosure, if applicable; (3) State whether they have previously requested expungement of the same disclosure in CRD, and if so, explain the outcome of that request; and (4) State whether they are currently or previously registered in CRD and provide their CRD number.

Parties should include all subject CRD occurrence numbers on the first page of their expungement request. Providing this information will ensure the accurate and timely processing of all expungement requests.

**Failing to provide this information may unnecessarily delay the proceedings.**

Individuals with CRD numbers can instantaneously access their registration and licensing information by requesting an Individual Snapshot Report at: *Individual Snapshot Report*.

