UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:18-cv-20969-UU

CHRISTIAN S. GHERARDI,

    Petitioner,

v.

CITIGROUP GLOBAL MARKETS, INC., *et al*.,

    Respondents.
_____/

## **FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58, this Court's Omnibus Order on Petitioner's Motion to Confirm Arbitration Award and Respondent's Motion to Vacate Arbitration, D.E. 29, and for good cause shown, it is hereby

ORDERED AND ADJUDGED that the Panel's Award is hereby confirmed and a FINAL JUDGMENT is entered for Petitioner and against Respondent as follows:

1. Petitioner's claims are denied in their entirety as to Respondent Michael R. Averett;

2. Respondent Citi is liable for and shall pay to Petitioner the sum of $150,000.00 for lost quarter trailers;

3. Respondent Citi is liable for and shall pay to Petitioner the sum of $395,830.22 for deferred compensation;

4. Respondent Citi is liable for and shall pay to Petitioner interest on the above stated lost quarter trailers and deferred compensation sums at the Florida statutory rate per annum from January 2, 2016, through and including the date the Award is paid;

5. Respondent Citi is liable for and shall reimburse Petitioner in the amount of $750.00, representing the non-refundable portion of the filing fee previously paid by Petitioner to FINRA Office of Dispute Resolution;

6. Other than forum fees which are specified below, the parties shall each bear their own costs and expenses incurred in this matter;

7. Question 3 of Petitioner CHRISTIAN S GHERARDI's (CRD# 2732812) Form U5 -filed on January 4, 2016, by Respondent Citigroup Global Markets Inc. (7059), and maintained by the CRD shall be expunged. The Termination Explanation shall be changed to read: "Terminated without cause." The Reason for Termination shall remain the same; and

8. Any and all claims for relief not specifically addressed herein, including Petitioner's requests for punitive damages and attorneys' fees, are denied.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of July, 2018.

*Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record